**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

### DAVID CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

Appellant's November 17, 2014 unopposed third motion to extend the time in which to file his reply brief is **GRANTED**. Appellant's reply brief shall be filed on or before **November 26, 2014**.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE